# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

GARDERE DISCOUNT MART, LLC, et. al.
Plaintiff

v.

NAUTILUS INSURANCE COMPANY
Defendant

3:23-cv-1441
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,
NAUTILUS INSURANCE COMPANY

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

Nautilus Insurance Company, Berkley Insurance Company, W.R. Berkley Corporation, Gardere Discount Mart, LLC, Yaser Zaben, H&Z Realty LLC, Rabah Hindi, Bilal Hindi, Arafat Zaben, George R. Ktry, Jr, Esq., and Ketry Law Firm, LLC.

/s/ Katherine L. Swartout 36694

Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.