UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| GARDERE DISCOUNT MART, LLC and H&Z REALTY, LLC d/b/a SAVE MORE MARKET #4<br>　　Plaintiffs<br><br>VERSUS<br><br>NAUTILUS INSURANCE COMPANY<br>　　Defendant | CIVIL ACTION NO.: 3:23-cv-1441<br><br>JUDGE: SHELLY D. DICK<br><br>MAGISTRATE: SCOTT D. JOHNSON |

* * * * * * * * * * * * * * * * *

## JOINT MOTION TO DISMISS

Plaintiffs, Gardere Discount Mart, LLC and H&Z Realty, LLC d/b/a Save More Market #4, and Defendant, Nautilus Insurance Company, have resolved all disputes in this matter and respectfully request that all claims and this lawsuit be dismissed, with prejudice, each party to bear its own costs.

**WHEREFORE**, Plaintiffs, Gardere Discount Mart, LLC and H&Z Realty, LLC d/b/a Save More Market #4, and Defendant, Nautilus Insurance Company, pray that all claims and this lawsuit be dismissed, with prejudice, each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| */s/ George R. Ketry, Jr.*<br>George R. Ketry, Jr., 36976<br>KETRY LAW FIRM, LLC<br>19524 Highway 36<br>Covington, Louisiana 70433<br>Telephone: (504) 648-7777<br>Facsimile: (504) 814-0990<br>Email: george@ketrylaw.com<br><br>*Attorney for Plaintiffs* | */s/ Katherine L. Swartout*<br>H. Minor Pipes, III, 24603<br>Katherine L. Swartout, 36694<br>PIPES | MILES | BECKMAN, LLC<br>1100 Poydras Street, Suite 3300<br>New Orleans, Louisiana 70163<br>Telephone: (504) 322-7070<br>Fax: (504) 322-7520<br>mpipes@pipesmiles.com<br>kswartout@pipesmiles.com<br><br>*Attorneys for Nautilus Insurance Company* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record through a Notice of Electronic Filing generated by the Court's CM/ECF system, and that Plaintiffs' counsel has also separately been served via email at george@ketrylaw.com, this 4th day of April, 2024.

*/s/ Katherine L. Swartout*